# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127007(42)

JANE CAMPBELL WEST and
JOE ELDON WEST, JR.,
       Plaintiffs-Appellees,

v

                              SC: 127007
                              COA: 251003
FARM BUREAU GENERAL                Charlevoix CC: 02-001558-CH
INSURANCE COMPANY OF
MICHIGAN,
       Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's order of October 13, 2005 is considered, and it is GRANTED. We VACATE our order dated October 13, 2005. On reconsideration, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for reconsideration in light of *Rory v Continental Ins Co,* 473 Mich 457 (2005), and *Devillers v Auto Club Insurance Association,* 473 Mich 562 (2005), including consideration of whether the contractual limitation period in this case may be judicially tolled.

      KELLY, J., would deny the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2006

d0321

Clerk